A89A0677. BOYD v. THE STATE.
(383 SE2d 906)

McMURRAY, Presiding Judge.

Defendant was charged, via accusation, with abandoning his two minor children, OCGA § 19-10-1. Defendant filed a motion to dismiss the accusation, asserting the general grounds. The trial court denied the motion to dismiss and this direct appeal followed. *Held:*

The overruling of defendant's motion to dismiss the accusation, which leaves the case pending for trial, is not a final judgment from which appeal can be taken, absent a certificate of immediate review. OCGA § 5-6-34; *Partain v. State*, 138 Ga. App. 171, 172 (225 SE2d 736). Consequently, since defendant has not complied with the interlocutory appeal procedure prescribed by OCGA § 5-6-34 (b), this appeal must be dismissed.

*Appeal dismissed. Carley, C. J., and Beasley, J., concur.*

DECIDED APRIL 10, 1989 —
REHEARING DENIED MAY 4, 1989 —

Jimmy A. Boyd, *pro se.*
*Gerald N. Blaney, Jr., Solicitor,* for appellee.